**FILED**

APR 04 2013


Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CANDACE FRIESEN, Individually and as Representative of the Estate of Ladell Friesen and as Next Friend of her Minor Daughter Abigail Ladell Friesen; STAN FRIESEN; LOIS FRIESEN; DARRYL MARCOCCHIO, Individually and as Next Friend of his Minor Daughter Madison Marcocchio; and KELLY MARCOCCHIO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ACE DORAN HAULING & RIGGING, INC.; ISSAC SAUNDERS COLES; and DOES 1-25,<br><br>　　　　　Defendants. | CV 12–134–M–DLC<br><br>ORDER |

Plaintiffs Darryl and Kelly Marcocchio have filed a petition for approval of settlement on behalf of their minor child Madison Marcocchio pursuant to Mont. Code Ann. §§ 72-5-409 and 72-5-422. (Doc. 26.) A hearing will be held on the petition in accordance with Mont. Code Ann. § 72-5-408 on April 15, 2013 at 1:30

p.m. in the Russell Smith Courthouse, in Missoula, Montana.

IT IS ORDERED that a hearing on Plaintiffs' petition (doc. 26) will be held on April 15, 2013, at 1:30 p.m. in the Russell Smith Courthouse in Missoula, Montana.

Dated this 4th day of April, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court