**FILED**

APR 18 2013

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CANDACE FRIESEN, Individually and as Representative of the Estate of Ladell Friesen and as Next Friend of her Minor Daughter Abigail Ladell Friesen; STAN FRIESEN; LOIS FRIESEN; DARRYL MARCOCCHIO, Individually and as Next Friend of his Minor Daughter Madison Marcocchio; and KELLY MARCOCCHIO, <br><br> Plaintiffs, <br><br> vs. <br><br> ACE DORAN HAULING & RIGGING, INC.; ISSAC SAUNDERS COLES; and DOES 1-25, <br><br> Defendants. | CV 12–134–M–DLC <br><br> ORDER |

Petitioners, Darryl Marcocchio and Kelly Marcocchio, the natural parents of Madison Marcocchio, a minor child, filed a stipulated motion to dismiss their claims with prejudice (doc. 36). The motion will be granted.

IT IS ORDERED that any and all claims filed by the Marcocchio Plaintiffs against the named defendants in this matter shall be dismissed, with prejudice, with each party to bear their own costs and attorney fees. The caption shall be

amended to remove the Marcocchios as named plaintiffs in this matter.

DATED this 18th day of April, 2013.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court