IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CANDACE FRIESEN, Individually and as Representative of the Estate of Ladell Friesen and as Next Friend of her Minor Daughter Abigail Ladell Friesen; STAN FRIESEN; LOIS FRIESEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE DORAN HAULING & RIGGING, INC.; and DOES 1-25,<br><br>Defendants. | CV 12–134–M–DLC<br><br>ORDER |

Plaintiffs filed an unopposed motion to dismiss with prejudice all claims against DTR of Cincinnati, Inc., Daniel Hamm Dryage Company, Radco Enterprises, Inc., Masterfleet Systems USA, Inc., and Doran Holding Company, LTD. (Doc. 78.)

IT IS ORDERED that the Plaintiffs' unopposed motion (Doc. 78) is GRANTED. DTR of Cincinnati, Inc., Daniel Hamm Dryage Company, Radco Enterprises, Inc., Masterfleet Systems USA, Inc., and Doran Holding Company, LTD are DISMISSED WITH PREJUDICE from the above captioned matter.

DATED this 29th day of October, 2013.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court